LEISE, Respondent, v. ROCHESTER, S. & E. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Florence Leise, as administratrix, etc., against the Rochester, Syracuse &

Eastern Railroad Company. No opinion. Judgment and order affirmed, with costs.